# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00287-CV

**Jeremy Ryan McClintock, Appellant**

**v.**

**JasPas Properties LLC; Ace Audio Communications, Inc.; Pattie Marie Smith;
and James Franklin Smith a/k/a Jim Smith, Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 11-963-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal. We grant the motion and
dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed on Joint Motion

Filed: August 3, 2012